**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

WILLIAM J. FORD,

    Plaintiff,

v.

ROSILYN JINDAL, et. al.,

    Defendants.

_____/

Case No. 19-13207

Honorable Nancy G. Edmunds

**ORDER AND OPINION ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S DECEMBER 01, 2020 REPORT AND RECOMMENDATION [38]**

Pending before the Court is the magistrate judge's December 01, 2020 report and recommendation. (ECF No. 38.) The magistrate judge recommends that the Court grant in part and deny in part Defendants' motion for summary judgment and to dismiss (ECF No. 30). The Court is fully advised in the premises and has reviewed the record and the pleadings. None of the parties filed objections to the magistrate judge's report and recommendation. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, 09-10933, 2012 WL 3639070, at *1 (E.D. Mich. Aug. 24, 2012) (citation omitted). The Court nevertheless agrees with the magistrate judge's recommendation. The Court therefore **ACCEPTS and ADOPTS** the magistrate judge's report and recommendation and **GRANTS IN PART** and **DENIES IN PART** Defendants' motion.

Accordingly, it is hereby **ORDERED** that Defendant Crisenbery is **DISMISSED** from this action. All other Defendants remain a party to this dispute in accordance with the magistrate judge's report and recommendation.

1

**SO ORDERED**.

s/Nancy G. Edmunds
Nancy G. Edmunds
United States District Judge

Dated:  December 16, 2020

I hereby certify that a copy of the foregoing document was served upon counsel of record on December 16, 2020, by electronic and/or ordinary mail.

s/Lisa Bartlett
Case Manager
