UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM J. FORD,

    Plaintiff,

v.

ROSILYN JINDAL, JUDY CRISENBERY,
JANAK R. BHAVSAR, MICHIGAN
DEPARTMENT OF CORRECTIONS,
CORIZON HEALTH CARE SERVICES,
CAMPBELL, LAURA BARTH, and
DANIELLE WESTBAY,

    Defendants.
_____/

Case No. 19-cv-13207

Honorable Nancy G. Edmunds

**JUDGMENT**

In accordance with the Court's opinion and order granting Defendants' motion for summary judgment entered this date,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is GRANTED in favor of Defendants, and this case is DISMISSED.

SO ORDERED.

    s/Nancy G. Edmunds
    Nancy G. Edmunds
    United States District Judge

Dated: September 30, 2023

1

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 30, 2023, by electronic and/or ordinary mail.

                                        <u>s/Lisa Bartlett</u>
                                        Case Manager